UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

FREEPORT MARINE SA,

            Plaintiff,

  - against -

VERTICAL UK LLP,

            Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 1 1 2007

07 Civ. 8444 (LTS)

ECF CASE

### NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The attachment is hereby vacated and all garnishee banks, including but not limited to, Bank of New York and J.P. Morgan Chase, are directed to immediately release all funds attached pursuant to the Ex-Parte Order of Maritime Attachment issued herein.

Dated: October 9, 2007
      Southport, CT

                                            The Plaintiff,
                                            FREEPORT MARINE SA

By: _____
Nancy R. Peterson (NP 2871)
LENNON, MURPHY & LENNON, LLC
420 Lexington Ave., Suite 300
New York, NY 10170
Phone (212) 490-6050
Fax (212) 490-6070
nrp@lenmur.com

SO ORDERED:

_____ 10/11/07
U.S.D.J.